*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF NEW YORK*

## JUDGMENT IN A CIVIL CASE

**ROBERT A. DOLLINGER,**

                              **Plaintiff,**

       **vs.**                                                **3:14-CV-00908**
                                                              **(MAD/ML)**

**NEW YORK STATE INSURANCE FUND,**
                              **Defendants.**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's motion for summary judgment (Dkt. No. 111) is **GRANTED** and Plaintiff's third amended complaint is **DISMISSED with prejudice**; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendant's favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 26th day of September, 2019.

DATED: September 26, 2019

Clerk of Court

s/Britney Norton
Britney Norton
Deputy Clerk